IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TIMOTHY RAY BURTON                                              PLAINTIFF

v.                          No. 4:19-cv-645-DPM

ARKANSAS DEPARTMENT OF
CORRECTION, Grimes Unit Infirmary;
DOES, Nurses, "Mrs. Erin" and "Mrs.
Stephanie," Saline County Detention
Center; and SALINE COUNTY
DETENTION CENTER                                               DEFENDANTS

ORDER

Burton hasn't responded to the 4 June 2020 recommendation. Instead, his mail is being returned undelivered again. *Doc. 15*. The Court adopts Magistrate Judge Ray's unopposed recommendation. *Doc. 14*; FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Burton's complaint will be dismissed without prejudice for failure to comply with the Court's Orders, failure to serve, and failure to state a claim. LOCAL RULE 5.5(c)(2); FED. R. CIV. P. 4(m); 28 U.S.C. § 1915A. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*WPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

23 June 2020