IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TIMOTHY RAY BURTON            PLAINTIFF

v.           No. 4:19-cv-645-DPM

ARKANSAS DEPARTMENT OF
CORRECTION, Grimes Unit Infirmary;
DOES, Nurses, "Mrs. Erin" and "Mrs.
Stephanie," Saline County Detention
Center; and SALINE COUNTY
DETENTION CENTER            DEFENDANTS

## JUDGMENT

Burton's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

23 June 2020