IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TIMOTHY RAY BURTON**                                                        **PLAINTIFF**

v.                          No. 4:19-cv-645-DPM

**ARKANSAS DEPARTMENT OF
CORRECTION, Grimes Unit Infirmary;
DOES, Nurses, "Mrs. Erin" and "Mrs.
Stephanie," Saline County Detention
Center; and SALINE COUNTY
DETENTION CENTER**                                                           **DEFENDANTS**

ORDER

Motion, *Doc. 19*, partly granted and partly denied. The request to reopen this case is denied. This case ended more than three years ago. The request for copies is partly granted. The Court directs the Clerk to send Burton a copy of *Doc. 2*. No motion for summary judgment was filed in this case.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 February 2024